FILED
CLERKS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

2005 MAR 21  P 2: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TIMOTHY BROWDER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| OSI COLLECTION SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

05-10462-MLW

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff hereby requests permission for Daniel A. Edelman, Cathleen M. Combs and Francis R. Greene to appear pro hac vice in the above-referenced case. The attorneys of record are members of good standing in the United States District Court for the Northern District of Illinois. The attorneys of record do not reside or maintain offices for the practice of law within the State of Massachusetts. Christopher M. Lefebvre will serve as local counsel for this case. Mr. Lefebvre will attend all court hearings and will accept service on all documents.

Respectfully submitted,

_____
Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
B.B.O. #629256

1