AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | MASSACHUSETTS |

TIMOTHY BROWDER

V.

OSI COLLECTION SERVICES, INC.,

### SUMMONS IN A CIVIL ACTION

05    10462 N___

CASE NUMBER:

TO: (Name and address of Defendant)

OSI Collection Services, Inc.,
c/o: CT Corporation System, Registered Agent
101 Federal Street
BOston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
LAW OFFICES OF CLAUDE LEFEBVRE & SONS
Two Dexter Street
Pawtucket, RI 02860

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    MAR 10 2005

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____     _____
             Date              *Signature of Server*

                               _____
                               *Address of Server*

## UNITED STATES DISTRICT COURT
### District of Massachusetts
### Docket/Case No: 0510462MLW

I hereby certify and return that today, March 31, 2005, at 2:35 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named OSI Collection Services, Inc., by giving in hand to Allison Liberto, Service Processor, Agent in Charge. Said service was effected at: OSI Collection Services, Inc., CT Corporation System, 101 Federal St., Boston, MA 02110.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 31, 2005.

*Luis F. Martinez*

**Luis F. Martinez, Process Server**
& Disinterested Person over Age 18.    Total Fees: $85.00
**Constable's Office**
16 Pine Street, #10
Lowell, MA, 01851
(978) 454-4635 , (978) 455-1042 Fax