# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110-1727
Tel: (617) 422-5300  Fax: (617) 423-6917

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

___

www.wemed.com

**Mark R. Freitas**
Writer's Ext.:
Freitasr@wemed.com

July 27, 2005

Hon. Mark L. Wolf
United States District Court
One Courthouse Way
Boston, MA  02210

   Re:   Browder v. OSI Collection Services Inc.
         U.S. District Court, District of Massachusetts, Docket No. 05-10462MLW
         <u>Our File No.   :</u>      00873.01897

Dear Judge Wolf:

   Pursuant to your July 6, 2005 Order, please note that the defendant, OSI Collection Services, Inc., consents to transferring this case to a Magistrate Judge for all purposes.

                                                       Very truly yours,

                                                       *[signature]*

                                                       Mark R. Freitas

MRF/wp
Enclosure

cc:   William T. Bogaert, Esq.
      Cathleen M. Combs, Esq.
      Francis R. Greene, Esq.
      Daniel A. Edelman, Esq.
      James O. Latturner, Esq.
      Christopher M. Lefebvre, Esq.

41382.1