LAW OFFICES OF
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
120 SOUTH LASALLE STREET
18TH FLOOR
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE www.edcombs.com
EMAIL edcombs@aol.com

September 12, 2005

**VIA U.S. MAIL**

The Honorable Marianne B. Bowler
John Joseph Moakley United States Courthouse,
1 Courthouse Way, Suite 2300
Boston, MA 02210

      Re:   *Browder v. OSI Collection Services, Inc.*, 1:05-cv-10462
            ECLG Case No. 12.802

Dear Judge Bowler:

The parties have negotiated a class-wide settlement of the above referenced class action. The parties e to be in a position to move for preliminary approval of the settlement in approximately 45 days. In li of the settlement, the parties respectfully ask the Court to strike the status conference set for Septemb 20, 2005 at 2:00 p.m.

                                                Sincerely,

                                                Francis R. Greene

cc:      Christopher M. Lefebvre
           William T. Bogaert