UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY BROWDER,<br>      Plaintiff<br><br>v.<br><br>OSI COLLECTION SERVICES, INC.,<br>      Defendants | C.A. No. 05-10462MLW |

## ASSENTED TO MOTION TO ENGLARGE TIME
## TO FILE SETTLEMENT AGREEMENT

The parties in the above-captioned matter herein move this court to enlarge the time allotted to file a settlement agreement. The parties have reached an agreement on the terms of their settlement and have approved a draft document. The parties require additional time to have the document executed. The parties respectfully request this Court extend the deadline for preliminary approval of the settlement by fourteen days to November 17, 2005.

**Assented to:**

The Plaintiff,
TIMOTHY BROWDER
By his attorneys,


/s/
**Francis R. Greene**
Cathleen M. Combs
Daniel A. Edelman
James O. Latturner
Edelman, Combs,
Latturner & Goodwin, LLC

The Defendant
OSI COLLECTION SERVICES, INC.
By its attorneys,


/s/
**William T. Bogaert**, BBO #546321
Mark R. Freitas, BBO #641205
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110

47171.1

120 S. LaSalle Street, 18th Floor          (617) 422-5300
Chicago, IL 60603
(312) 739-4200


/s/_____
**Christopher M. Lefebvre**
Law Offices of Claude Lefebvre & Sons
Two Dexter Street
Pawtucket, RI 02860
(401) 728-6060

47171.1