IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BROWDER, ) | |
| ) | |
| Plaintiff, ) | 1:05cv10462 |
| ) | Magistrate Judge Bowler |
| v. ) | Filed 3/10/05 |
| ) | |
| OSI COLLECTION SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY APPROVAL ORDER

This matter coming before the Court on Plaintiff's request for preliminary approval of a Class Settlement Agreement ("Agreement") with Defendant OSI Collection Services, Inc. and notice to the class, the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The Court finds that the proposed settlement is within the range of fairness and reasonableness and grants preliminary approval to it.

2. The Court certifies a class, for settlement purposes only, pursuant to Fed. R. Civ. P. 23(b)(3), consisting of:

> (a) all natural persons who reside in Massachusetts, (b) who were sent a letter in the form represented by Exhibit A to the Amended Complaint by OSI Collection Services, Inc. (c) that had an interest field that was blank, (d) which letter was received between July 14, 2003 and July 13, 2004.

The class, as defined, includes approximately 462 persons. Claude Lefebvre P.C. and Edelman, Combs, Latturner & Goodwin, LLC are appointed as class counsel.

3. A hearing on the fairness and reasonableness of the Agreement and

1

whether final approval shall be given to it and the requests for fees and expenses by counsel for the class will be held before this Court on ___3/27___, 2006 at _2:30_ a.m. (p.m).

    4.    The Court approves the proposed form of notice to the class, to be directed to the last known address of the class members as shown on Defendant's records. Defendant will mail, or cause to be mailed notice to class members on or before ___1/27___, 2006. Defendant will also cause the settlement checks to be distributed to those class members who submit claim forms. In both cases, any mail returned with a forwarding address will be re-mailed. Defendant will have the notice sent by any form of bulk mail that provides address forwarding mail to each address.

    5.    The Court finds that mailing of the class notice and the other measures specified above to locate and notify members of the class is the only notice required and that such notice satisfies the requirements of due process and Fed. R. Civ. P. 23(c)(2)(B).

    6.    Class members shall have until ___3/16___, 2006 to opt out or object to the proposed settlement. Any class members who desire to exclude themselves from the action must file a request for exclusion with the Clerk of the United States District Court for the Eastern Division of Massachusetts and serve copies of the request on counsel for both Plaintiff and Defendant by that date. Any class members who wish to object to the settlement must submit an objection in writing to the Clerk of the United States District Court for the Eastern Division of Massachusetts and serve copies of the objection on counsel for both Plaintiff and Defendant by that date. Any objection must include the name and number of the case and a statement of the reasons why the objector believes that the Court should find that the proposed settlement is not in the best interests of the class. Objectors, who have filed written objections to

the settlement, must also appear at the hearing and be heard on the fairness of the settlement.

DATE: Dec. 22, 2005          ENTER: *Marianne B Bowler USMJ*
                                     The Honorable Marianne B. Bowler
                                     United States Magistrate Judge