IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BROWDER, ) | |
| ) | |
| Plaintiff, ) | 1:05cv10462 |
| ) | Magistrate Judge Bowler |
| v. ) | Filed 3/10/05 |
| ) | |
| OSI COLLECTION SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## FINAL APPROVAL ORDER

1. On December 22, 2005, this Court preliminarily approved the Class Settlement Agreement reached between Plaintiff Timothy Browder and Defendant OSI Collection Services, Inc. The Court approved a form of notice for mailing to the class. The Court is informed that actual notice was sent by first-class mail to 462 class members (counting couples and other joint persons as a single class member). A total of 82 envelopes were returned by the United States Postal Service marked not deliverable with no forwarding addresses available, and 8 envelopes were returned and re-mailed to a forwarding address. No class members requested exclusion and no objections were filed or received.

2. On March 27, 2006, the Court held a fairness hearing to which class members, including any with objections, were invited. The Court, being fully advised in the premises, hereby orders:

3. The Court finds that the class is appropriate under Fed. R. Civ. P. 23.

4. The Court finds that the provisions for notice to the class satisfy the requirements of Fed. R. Civ. P. 23 and due process.

5.  The Court finds that the settlement is fair and reasonable, and hereby approves the Class Settlement Agreement submitted by the parties, including the release. Defendant shall pay the following:

   a.  $1,020 to Plaintiff Browder;

   b.  $9,240 divided *pro rata* among class members who submit claim forms, to be paid by check, void 60 days after issuance.

   c.  $10,500 to Class counsel for attorneys' fees and costs.

6.  Plaintiff and the members of the class grant Defendant the following releases:

   a.  Plaintiff hereby remises, releases and forever discharges OSI COLLECTION SERVICES, INC. and its present or former partners, members, principals, insurers, parents, officers, directors, representatives, employees, agents, servants, predecessors, successors, subsidiaries, affiliates, shareholders, heirs, executors, administrators, and assigns (hereinafter collectively "RELEASED PARTIES") of and from all causes of action, suits, claims demands, liabilities, judgments, debts, charges, and damages including any indemnity claims for payment of attorney's fees and costs, whatsoever for anything that occurred from the beginning of time up through and including the date the Court gives final approval to this Agreement, in law or in equity, of any kind or nature whatsoever, arising out of the allegations made in the action styled as *Timothy Browder v. OSI Collection Services, INC*, 1:05cv10462.

   b.  Each class member not opting out releases and discharges the RELEASED PARTIES of and from all causes of action, suits, claims and demands, relating to the collection letter attached as Exhibit A. This release is conditioned upon Defendant meeting

2

its obligations under the Agreement.

        c.     This release is in no way intended to release Defendant's claims for payment of the class members' debts or the class members' claims or defenses regarding (1) whether the debt is in fact actually owed, (2) the crediting of payments on such debts, (3) the proper reporting of debts to credit bureaus.

7.     The Court finds the Settlement Agreement fair and made in good faith.

8.     The Court dismisses the claims of Plaintiff and the class against Defendant and the Released Parties with prejudice and without costs (other than what has been provided for in the Settlement Agreement).

10.    Defendant shall pay Plaintiff's counsel $10,500.00 in attorney's fees and expenses.

11.    The Court retains jurisdiction over the interpretation, enforcement and implementation of the Settlement Agreement and of this Order.

DATE: March 27, 2006      ENTER: *Marianne B. Bowler USMJ*
                                                  The Honorable Marianne B. Bowler
                                                  United States Magistrate Judge